# First District Court of Appeal
## State of Florida

_____

No. 1D18-5043
_____

PATRICK TORRE,

Appellant,

v.

STATE OF FLORIDA, DEPARTMENT
OF REVENUE, CHILD SUPPORT
PROGRAM and STEPHANIE LYNN
BLANCHET,

Appellees.

_____

On appeal from an order rendered by the Department of
Revenue.

June 21, 2019

PER CURIAM.

AFFIRMED.

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Patrick Torre, pro se, Appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellees.